IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 18-CR-389 (BAH) |
| | ) | |
| LINWOOD THORNE | ) | |

## MOTION TO WITHDRAW

Albert Amissah, counsels for Linwood Thorne in the above-captioned matter, respectfully moves this Court to withdraw as counsel. Unfortunately, Mr. Thorne and his family are unable to comply with their obligations in the retainer. Mr. Thorne expressed that he would like the court to appoint a new attorney instead of Ms. Amato.

Respectfully Submitted,

_____/s/_____

A.J. Amissah, Esq.
D.C. Bar No. 1047610
Counsel for Mr. Thorne
1629 K Street, NW
Washington, D.C. 20006
(703) 655-9148
ajamissahlegal@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2021, a copy of the foregoing notice to be served on Mr. Gregg Rosen counsel of record via ECF e-filing service.

_____/s/_____
A.J. Amissah, Esq.

## **CERTIFICATE OF SERVICE ON CLIENT**

I hereby certify that a copy of this Motion to Withdraw was served via First Class Mail to Mr. Linwood Thorne at D.C. Jail 1901 D St. SE, Washington, D.C. 20003.


_____/s/_____

A.J, Amissah, Esq.