**FILED**

**MAR 2 5 2022**

Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINWOOD DOUGLAS THORNE,<br><br>Defendant. | Criminal Case No. 18-389 (BAH)<br><br>Chief Judge Beryl A. Howell |

### VERDICT FORM

**COUNT ONE:** Possession with Intent to Distribute a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(i)

With respect to the offense of Possession with Intent to Distribute a Detectable Amount of Heroin, we, the members of the jury, unanimously find defendant Linwood Douglas Thorne:

_____ NOT GUILTY        \_\_X\_\_ GUILTY

*If you find defendant Linwood Douglas Thorne guilty on Count One, please also answer the following:*

We, the members of the jury, unanimously find that defendant Linwood Douglas Thorne possessed with intent to distribute a quantity of one kilogram or more of a mixture or substance containing a detectable amount of heroin:

_____ NOT PROVEN        \_\_X\_\_ PROVEN

**COUNT TWO:** Using, Carrying, or Possessing a Firearm During a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)

With respect to the offense of Using, Carrying, or Possessing a Firearm During a Drug Trafficking Offense, we, the members of the jury, unanimously find defendant Linwood Douglas Thorne:

\_X\_ NOT GUILTY        _____ GUILTY

**COUNT THREE:** Unlawful Possession of a Firearm by a Person Previously Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, 18 U.S.C. § 922(g)(1)

With respect to the offense of Unlawful Possession of a Firearm by a Person Previously Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, we, the members of the jury, unanimously find defendant Linwood Douglas Thorne:

_____ NOT GUILTY        \_\_X\_\_ GUILTY

1

**COUNT FOUR:** **Possession with Intent to Distribute a Detectable Amount of Marijuana, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D)**

With respect to the offense of Possession with Intent to Distribute a Detectable Amount of Marijuana, we, the members of the jury, unanimously find defendant Linwood Douglas Thorne:

\_\_\_\_\_ NOT GUILTY          __X__ GUILTY

**COUNT FIVE:** **Possession with Intent to Distribute a Detectable Amount of Fentanyl, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)**

With respect to the offense of Possession with Intent to Distribute a Detectable Amount of Fentanyl, we, the members of the jury, unanimously find defendant Linwood Douglas Thorne:

\_\_\_\_\_ NOT GUILTY          __X__ GUILTY

**COUNT SIX:** **Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846**

With respect to the offense of Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance, we, the members of the jury, unanimously find defendant Linwood Douglas Thorne:

\_\_\_\_\_ NOT GUILTY          __X__ GUILTY

*If you find defendant Linwood Douglas Thorne guilty on Count Six, please also answer the following:*

We, the members of the jury, unanimously find that the conspiracy involved the distribution or possession with intent to distribute the controlled substance identified below:

(a)     Mixtures and substances containing a detectable amount of marijuana:

\_\_\_\_\_ NOT PROVEN          __X__ PROVEN

(b)     Mixtures and substances containing a detectable amount of fentanyl:

\_\_\_\_\_ NOT PROVEN          __X__ PROVEN

(c)     Mixtures and substances containing a detectable amount of heroin:

\_\_\_\_\_ NOT PROVEN          __X__ PROVEN

(d)     A quantity of one kilogram or more of a mixture or substance containing a detectable amount of heroin:

\_\_\_\_\_ NOT PROVEN          __X__ PROVEN

3/25/22 11:06 AM
_____
DATE/TIME                                              _____
                                                       FOREPERSON'S SIGNATURE

2